**E-Filed 7/8/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS M. SEARS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>　　　　　　Defendants. | Case Number 5:11-cv-01876-JF (HRL)<br><br>ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME AND CONTINUING HEARING<br><br>[re: dkt entry 81 ] |

Plaintiffs' request for an extension of time to respond to the pending motions to dismiss is GRANTED. The motion hearing set for July 15, 2011 is CONTINUED to September 16, 2011, at 9:00 a.m. Plaintiffs shall file any opposition on or before September 2, 2011. Defendants shall file any replies on or before September 9, 2011. No further extension will be granted.

DATED: July 8, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                                **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12  THOMAS M. SEARS, et al., | Case Number 5:11-cv-01876-JF (HRL) |
| 13              Plaintiffs, | |
| 14       v. | CERTIFICATE OF SERVICE |
| 15  COUNTY OF MONTEREY, et al., | |
| 16              Defendants. | |

17

18      I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

19

20      On Friday, July 8, 2011, I served a true and correct copy of the attached document on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing

21   mail delivery receptacle located in the Clerk's Office:

22
Thomas M Sears
23  Brenda L Stealey-Sears
    1160 Trivoli Way
24  Salinas, CA 93905

25  DATED:   7/8/11                           For the Court
                                              Richard W. Weiking, Clerk
26
                                              By:  _____/s/_____
27                                            Diana Munz
                                              Courtroom Deputy Clerk
28