```
BRAD YAMAUCHI, SBN 73245
BETHANY CARACUZZO, SBN 190687
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887
e-mail: byamauchi@minamitamaki.com
        bcaracuzzo@minamitamaki.com

Attorneys for Plaintiff
THOMAS M. SEARS
```

FILED
APR 2 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS M. SEARS,<br><br>    Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF MONTEREY, as a California Government Entity Employer, MONTEREY COUNTY HOUSING AUTHORITY DEVELOPMENT CORPORATION, as a California Non-Profit Entity Employer, STARLA K. WARREN, as an Individual and Employee or Agent of Entity Defendants, and DOES 1-50,<br><br>    Defendants. | Case No. C 11-01876 SBA<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF THOMAS M. SEARS AND [PROPOSED] ORDER** |

    PLEASE TAKE NOTICE that Plaintiff THOMAS M. SEARS has retained Lawrance A. Bohm of the BOHM LAW GROUP to substitute as counsel for MINAMI TAMAKI LLP in the above-captioned matter.

1     Withdrawing counsel for Plaintiff THOMAS M. SEARS are:

2     Brad Yamauchi, SBN 73245
Bethany Caracuzzo, SBN 190687
3     MINAMI TAMAKI LLP
4     360 Post Street, 8th Floor
San Francisco, CA 94108
5     Tel. (415) 788-9000
Fax (415) 398-3887
6     e-mail: byamauchi@minamitamaki.com
            bcaracuzzo@minamitamaki.com
7

8     All pleadings, orders and notices should henceforth be served upon the following substituted
9 counsel for Plaintiff THOMAS M. SEARS:

10     Lawrance A. Bohm, SBN 208716
BOHM LAW GROUP
11     4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
12     Tel. (916) 927-5574
13     Fax (916) 927-2046
e-mail: LBohm@Bohmlaw.com
14

15     The undersigned parties consent to the above withdrawal and substitution of counsel.

16 Dated: April ___, 2012           THOMAS M. SEARS

17

18                              By: _____
                                     THOMAS M. SEARS, Plaintiff
19

20 Dated: April ___, 2012           BOHM LAW GROUP

21

22                              By: _____
                                     LAWRANCE A. BOHM
23

24 Dated: April 11, 2012            MINAMI TAMAKI LLP

25

26                              By: _____
                                     BRAD YAMAUCHI
27                                      BETHANY CARACUZZO

28

1 **[PROPOSED] ORDER**

2 The above withdrawal and substitution of counsel is approved and so ORDERED.

4 DATED: April 17, 2012

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE