```
1  BRAD YAMAUCHI, SBN 73245
   BETHANY CARACUZZO, SBN 190687
2  MINAMI TAMAKI LLP
   360 Post Street, 8th Floor
3  San Francisco, CA 94108
   Tel. (415) 788-9000
4  Fax (415) 398-3887
   e-mail: byamauchi@minamitamaki.com
5          bcaracuzzo@minamitamaki.com

6  Attorneys for Plaintiff
   THOMAS M. SEARS
7
```

FILED
APR 2 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS M. SEARS,<br><br>  Plaintiff,<br><br>  v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF MONTEREY, as a California Government Entity Employer, MONTEREY COUNTY HOUSING AUTHORITY DEVELOPMENT CORPORATION, as a California Non-Profit Entity Employer, STARLA K. WARREN, as an Individual and Employee or Agent of Entity Defendants, and DOES 1-50,<br><br>  Defendants. | Case No. C 11-01876 SBA<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF THOMAS M. SEARS AND [~~PROPOSED~~] ORDER** |

PLEASE TAKE NOTICE that Plaintiff THOMAS M. SEARS has retained Lawrance A. Bohm of the BOHM LAW GROUP to substitute as counsel for MINAMI TAMAKI LLP in the above-captioned matter.

---

1  Withdrawing counsel for Plaintiff THOMAS M. SEARS are:

2  Brad Yamauchi, SBN 73245
3  Bethany Caracuzzo, SBN 190687
   MINAMI TAMAKI LLP
4  360 Post Street, 8th Floor
   San Francisco, CA 94108
5  Tel. (415) 788-9000
   Fax (415) 398-3887
6  e-mail: byamauchi@minamitamaki.com
           bcaracuzzo@minamitamaki.com
7

8  All pleadings, orders and notices should henceforth be served upon the following substituted
9  counsel for Plaintiff THOMAS M. SEARS:

10 Lawrance A. Bohm, SBN 208716
   BOHM LAW GROUP
11 4600 Northgate Blvd., Suite 210
   Sacramento, CA 95834
12 Tel. (916) 927-5574
13 Fax (916) 927-2046
   e-mail: LBohm@Bohmlaw.com
14

15 The undersigned parties consent to the above withdrawal and substitution of counsel.

16 Dated: April ___, 2012                    THOMAS M. SEARS
17
                                             By: _____
18                                              THOMAS M. SEARS, Plaintiff
19
20 Dated: April ___, 2012                    BOHM LAW GROUP
21
                                             By: _____
22                                              LAWRANCE A. BOHM
23
24 Dated: April 11, 2012                     MINAMI TAMAKI LLP
25
                                             By: _____
26                                              BRAD YAMAUCHI
                                                BETHANY CARACUZZO
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: April 17, 2012

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE