United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THOMAS M. SEARS, | ) | Case No.: 5:11-cv-01876-LHK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | REQUEST FOR DISMISSAL |
| v. | ) | |
| | ) | |
| COUNTY OF MONTEREY and HOUSING | ) | |
| AUTHORITY OF THE COUNTY OF | ) | |
| MONTEREY, as California Government Entity | ) | |
| Employers, MONTEREY COUNTY HOUSING | ) | |
| AUTHORITY DEVELOPMENT | ) | |
| CORPORATION, as a California Non-Profit | ) | |
| Entity Employer, CSI HR GROUP, LLC, as a | ) | |
| For Profit Entity, STARLA K. WARREN, as an | ) | |
| Individual and Employee or Agent of Entity | ) | |
| Defendants, and DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |

On August 17, 2012, Plaintiff requested that the Court dismiss certain portions of his

Second Amended Complaint.  ECF No. 185.  Accordingly, the Court rules as follows:

      1.      As to Defendant Housing Authority of the County of Monterey ONLY, the Court

            dismisses with prejudice, Plaintiff's First Cause of Action for Wrongful

            Termination in Violation of Public Policy;

1

**United States District Court**
For the Northern District of California

1

2.     The Court dismisses without prejudice, Plaintiff's Fourth Cause of Action for

2          Federal Fair Housing Act Retaliation;

3      3.     The Court dismisses without prejudice, Plaintiff's Fifth Cause of Action for 42

4          U.S.C. Sec. 1983 Violation of Civil Rights;

5      4.     The Court dismisses without prejudice, Plaintiff's Sixth Cause of Action for 42

6          U.S.C. Sec. 1985 Conspiracy to Violate Civil Rights;

7      5.     The Court dismisses without prejudice, Plaintiff's Seventh Cause of Action for 42

8          U.S.C. Sec. 1986 Failure to Prevent Conspiracy to Violate Civil Rights.

9

10     **IT IS SO ORDERED.**

11

12     Dated:  August 22, 2012

13

_____
LUCY H. KOH
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 5: 11-cv-01876-LHK
ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL