UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS M. SEARS, ) | Case No.: 5:11-cv-01876-LHK |
| ) | |
| Plaintiff, ) | ORDER GRANTING PLAINTIFF'S |
| ) | REQUEST FOR DISMISSAL |
| v. ) | |
| ) | |
| COUNTY OF MONTEREY and HOUSING ) | |
| AUTHORITY OF THE COUNTY OF ) | |
| MONTEREY, as California Government Entity ) | |
| Employers, MONTEREY COUNTY HOUSING ) | |
| AUTHORITY DEVELOPMENT ) | |
| CORPORATION, as a California Non-Profit ) | |
| Entity Employer, CSI HR GROUP, LLC, as a ) | |
| For Profit Entity, STARLA K. WARREN, as an ) | |
| Individual and Employee or Agent of Entity ) | |
| Defendants, and DOES 1-50, ) | |
| ) | |
| Defendants. ) | |

On August 17, 2012, Plaintiff requested that the Court dismiss certain portions of his Second Amended Complaint. ECF No. 185. Accordingly, the Court rules as follows:

1. As to Defendant Housing Authority of the County of Monterey ONLY, the Court dismisses with prejudice, Plaintiff's First Cause of Action for Wrongful Termination in Violation of Public Policy;

1

Case No.: 5: 11-cv-01876-LHK
ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL

    2.    The Court dismisses without prejudice, Plaintiff's Fourth Cause of Action for Federal Fair Housing Act Retaliation;

    3.    The Court dismisses without prejudice, Plaintiff's Fifth Cause of Action for 42 U.S.C. Sec. 1983 Violation of Civil Rights;

    4.    The Court dismisses without prejudice, Plaintiff's Sixth Cause of Action for 42 U.S.C. Sec. 1985 Conspiracy to Violate Civil Rights;

    5.    The Court dismisses without prejudice, Plaintiff's Seventh Cause of Action for 42 U.S.C. Sec. 1986 Failure to Prevent Conspiracy to Violate Civil Rights.

**IT IS SO ORDERED.**

Dated: August 22, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge