UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| THOMAS M. SEARS,<br>          Plaintiff, | No. C 11-1876 LHK |
| v.<br>COUNTY OF MONTEREY, et al.,<br>          Defendants._____/ | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        November 15, 2012<br>Mediator:   JoAnne Dellaverson |

IT IS HEREBY ORDERED that the request to excuse defendant Housing Authority of the County of Monterey's insurer representative, Rick Gehlhaar, from participating in person at the November 15, 2012, mediation before JoAnne Dellaverson is GRANTED. Mr. Gehlhaar shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

October 30, 2012            By:   _____
Dated                                            Elizabeth D. Laporte
                                                 United States Magistrate Judge