UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

THOMAS M. SEARS,
    Plaintiff,

v.

COUNTY OF MONTEREY, et al.,
    Defendants.
_____/

No. C 11-1876 LHK

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    November 15, 2012
Mediator:  JoAnne Dellaverson

    IT IS HEREBY ORDERED that the request to excuse defendant Housing Authority of the County of Monterey's insurer representative, Rick Gehlhaar, from participating in person at the November 15, 2012, mediation before JoAnne Dellaverson is GRANTED. Mr. Gehlhaar shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

October 30, 2012    By: _____

Dated

    Elizabeth D. Laporte
    United States Magistrate Judge