1  Lawrance A. Bohm (SBN: 208716)
   **BOHM LAW GROUP**
2  4600 Northgate, Suite 210
   Sacramento, CA  95834
3  Telephone:  (916) 927-5574
   Facsimile:  (916) 927-2056
4  Email:  lbohm@bohmlaw.com

5  Erika M. Gaspar (SBN: 238117)
   **LAW OFFICE OF ERIKA M. GASPAR**
6  2121 Natomas Crossing Drive, Suite 200-399
   Sacramento, CA 95834
7  Telephone:  (916) 749-0278
   Facsimile:  (916) 647-0535
8  Email: erika.gaspar.law@gmail.com

9  Attorneys for Plaintiff THOMAS M. SEARS

10

11 **JACKSON LEWIS LLP**
   ROBERT J. SCHNACK (SBN 191987)
12 ERIKA BARBARA PICKLES (SBN 215702)
   801 K Street, Suite 2300
13 Sacramento, California  95814
   Telephone:  (916) 341-0404
14 Facsimile:    (916) 341-0141
   Email: schnackr@jacksonlewis.com
15 Email: picklese@jacksonlewis.com

16
   Attorneys for Defendant
17 HOUSING AUTHORITY OF THE COUNTY
   OF MONTEREY
18

19 Michael Masuda  (State Bar No. 129313)
   **NOLAND, HAMERLY, ETIENNE & HOSS**
20 A Professional Corporation
   333 Salinas Street
21 Post Office Box 2510
   Salinas, California  93902-2510
22 Telephone:     (831) 424-1414
   Facsimile:      (831) 424-1975
23 Email: mmasuda@nheh.com

24
   Attorneys for Defendants
25 MONTEREY COUNTY HOUSING
   AUTHORITY DEVELOPMENT
26 CORPORATION and STARLA K. WARREN

27                          - 1 –

28 SEARS  v. MONTGOMERY COUNTY. et al.
   Case No. 5:11-CV-01876 LHK (PSG)
   Stipulation And [Proposed] Order For Dismissal
   With Prejudice Of Defendant Housing Authority Of
   The County Of Monterey (HACM)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS M. SEARS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MONTEREY and HOUSING AUTHORITY OF THE COUNTY OF MONTEREY, as California Government Entity Employers, MONTEREY COUNTY HOUSING AUTHORITY DEVELOPMENT CORPORATION, as a California Non-Profit Entity Employer, CSI HR GROUP, LLC, as a For Profit Entity, STARLA K. WARREN, as an Individual and Employee or Agent of Entity Defendants, and DOES 1-50,<br>　　　　　Defendant. | Case No. 5:11-CV-01876 LHK (PSG)<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT HOUSING AUTHORITY OF THE COUNTY OF MONTEREY (HACM)<br><br>[Fed. R. Civ. P. 41(a)]<br><br><br><br>Action Filed:　April 19, 2011<br>Trial Date:　　October 15, 2013 |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of record and subject to Court approval, to the following:

1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant Housing Authority of the County of Monterey agree to the dismissal of DEFENDANT HOUSING

- 2 –

SEARS  v. MONTGOMERY COUNTY. et al.
Case No. 5:11-CV-01876 LHK (PSG)
Stipulation And [Proposed] Order For Dismissal
With Prejudice Of Defendant Housing Authority Of
The County Of Monterey (HACM)

AUTHORITY OF THE COUNTY OF MONTEREY to this action with prejudice, with all parties to bear their own attorneys' fees and costs.

    2.    This stipulation has no bearing on the status of Defendants MONTEREY COUNTY HOUSING AUTHORITY DEVELOPMENT CORPORATION and STARLA K. WARREN, remaining Defendants in this action.

RESPECTFULLY SUBMITTED,

Dated: December 3, 2012    By:   */s/Erika M. Gaspar*
           LAWRANCE A. BOHM, ESQ.
           ERIKA M. GASPAR, ESQ.
           Attorneys for Plaintiff
           THOMAS M. SEARS

Dated: December 3, 2012    JACKSON LEWIS LLP

           By:   */s/Robert J. Schnack*
           Robert J. Schnack
           Erika Barbara Pickles

           Attorneys for Defendant
           HOUSING AUTHORITY FOR THE COUNTY
           OF MONTEREY

Dated: December 3, 2012    By:   */s/Michael Masuda*
           Michael Masuda
           NOLAND, HAMERLY, ETIENNE & HOSS
           Attorneys for Defendants
           MONTEREY COUNTY HOUSING
           AUTHORITY DEVELOPMENT
           CORPORATION and STARLA K. WARREN

**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that Defendant HOUSING AUTHORITY OF THE COUNTY OF MONTEREY is dismissed from this action with prejudice and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated: December 5, 2012

_____
Lucy H. Koh
United District Court Judge

- 4 –

SEARS v. MONTGOMERY COUNTY. et al.
Case No. 5:11-CV-01876 LHK (PSG)
Stipulation And [Proposed] Order For Dismissal
With Prejudice Of Defendant Housing Authority Of
The County Of Monterey (HACM)