1  Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
2  4600 Northgate, Suite 210
Sacramento, CA  95834
3  Telephone:  (916) 927-5574
Facsimile:  (916) 927-2056
4  Email: lbohm@bohmlaw.com

5  Erika M. Gaspar (SBN: 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
6  2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA 95834
7  Telephone:  (916) 749-0278
Facsimile:  (916) 647-0535
8  Email: erika.gaspar.law@gmail.com

9  Attorneys for Plaintiff THOMAS M. SEARS

10

11  **JACKSON LEWIS LLP**
ROBERT J. SCHNACK (SBN 191987)
12  ERIKA BARBARA PICKLES (SBN 215702)
801 K Street, Suite 2300
13  Sacramento, California  95814
Telephone:  (916) 341-0404
14  Facsimile:    (916) 341-0141
15  Email: schnackr@jacksonlewis.com
Email: picklese@jacksonlewis.com
16

17  Attorneys for Defendant
HOUSING AUTHORITY OF THE COUNTY
18  OF MONTEREY

19  Michael Masuda  (State Bar No. 129313)
**NOLAND, HAMERLY, ETIENNE & HOSS**
20  A Professional Corporation
333 Salinas Street
21  Post Office Box 2510
Salinas, California  93902-2510
22  Telephone:      (831) 424-1414
Facsimile:       (831) 424-1975
23  Email: mmasuda@nheh.com

24  Attorneys for Defendants
MONTEREY COUNTY HOUSING
25  AUTHORITY DEVELOPMENT
CORPORATION and STARLA K. WARREN
26

27                              - 1 –

28  SEARS  v. MONTGOMERY COUNTY. et al.
Case No. 5:11-CV-01876 LHK (PSG)
Stipulation And [Proposed] Order For Dismissal
With Prejudice Of Defendant Housing Authority Of
The County Of Monterey (HACM)

1

2                   UNITED STATES DISTRICT COURT

3                 NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

6

7  THOMAS M. SEARS,                    Case No. 5:11-CV-01876 LHK (PSG)

8              Plaintiff,

9       v.                             STIPULATION AND [PROPOSED] ORDER
                                        FOR DISMISSAL WITH PREJUDICE OF
10  COUNTY OF MONTEREY and             DEFENDANT HOUSING AUTHORITY OF
    HOUSING AUTHORITY OF THE           THE COUNTY OF MONTEREY (HACM)
11  COUNTY OF MONTEREY, as California
    Government Entity Employers,       [Fed. R. Civ. P. 41(a)]
12  MONTEREY COUNTY HOUSING
    AUTHORITY DEVELOPMENT
13  CORPORATION, as a California Non-
    Profit Entity Employer, CSI HR GROUP,
14  LLC, as a For Profit Entity, STARLA K.
    WARREN, as an Individual and Employee
15  or Agent of Entity Defendants, and DOES
    1-50,
16  Defendant.

17

18                                     Action Filed:   April 19, 2011
                                        Trial Date:     October 15, 2013
19

20       **TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

21       IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of

22  record and subject to Court approval, to the following:

23

24       1.      Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant Housing Authority of

25          the County of Monterey agree to the dismissal of DEFENDANT HOUSING

26

27                                  - 2 –

28  SEARS  v. MONTGOMERY COUNTY. et al.
    Case No. 5:11-CV-01876 LHK (PSG)
    Stipulation And [Proposed] Order For Dismissal
    With Prejudice Of Defendant Housing Authority Of
    The County Of Monterey (HACM)

1    AUTHORITY OF THE COUNTY OF MONTEREY to this action with prejudice,

2    with all parties to bear their own attorneys' fees and costs.

3        2.    This stipulation has no bearing on the status of Defendants MONTEREY

4    COUNTY HOUSING AUTHORITY DEVELOPMENT CORPORATION and

5

6    STARLA K. WARREN, remaining Defendants in this action.

7

8                        RESPECTFULLY SUBMITTED,

9

10

11   Dated: December 3, 2012        By:   /s/Erika M. Gaspar
                                          LAWRANCE A. BOHM, ESQ.
12                                        ERIKA M. GASPAR, ESQ.
                                          Attorneys for Plaintiff
13                                        THOMAS M. SEARS

14

15   Dated: December 3, 2012        JACKSON LEWIS LLP

16

17                                  By:   /s/Robert J. Schnack
                                          Robert J. Schnack
18                                        Erika Barbara Pickles

19                                        Attorneys for Defendant
20                                        HOUSING AUTHORITY FOR THE COUNTY
                                          OF MONTEREY
21

22   Dated: December 3, 2012        By:   /s/Michael Masuda
                                          Michael Masuda
23                                        NOLAND, HAMERLY, ETIENNE & HOSS
24                                        Attorneys for Defendants
                                          MONTEREY COUNTY HOUSING
25                                        AUTHORITY DEVELOPMENT
                                          CORPORATION and STARLA K. WARREN
26

27                                        - 3 –

28   SEARS  v. MONTGOMERY COUNTY. et al.
     Case No. 5:11-CV-01876 LHK (PSG)
     Stipulation And [Proposed] Order For Dismissal
     With Prejudice Of Defendant Housing Authority Of
     The County Of Monterey (HACM)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that Defendant HOUSING AUTHORITY OF THE
COUNTY OF MONTEREY is dismissed from this action with prejudice and without an award
of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated: December 5, 2012

*Lucy H. Koh*

Lucy H. Koh
United District Court Judge

- 4 –

SEARS  v. MONTGOMERY COUNTY. et al.
Case No. 5:11-CV-01876 LHK (PSG)
Stipulation And [Proposed] Order For Dismissal
With Prejudice Of Defendant Housing Authority Of
The County Of Monterey (HACM)