1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS M. SEARS,                                    )       Case No.: 5:11-cv-01876-LHK
                                                    )
              Plaintiff,                            )       ORDER RE: STIPULATION TO
                                                    )       CONTINUE HEARING ON MOTION
       v.                                           )       TO DISMISS
                                                    )
COUNTY OF MONTEREY and HOUSING                      )
AUTHORITY OF THE COUNTY OF                          )
MONTEREY, as California Government Entity           )
Employers, MONTEREY COUNTY HOUSING                  )
AUTHORITY DEVELOPMENT                               )
CORPORATION, as a California Non-Profit             )
Entity Employer, CSI HR GROUP, LLC, as a           )
For Profit Entity, STARLA K. WARREN, as an         )
Individual and Employee or Agent of Entity         )
Defendants, and DOES 1-50,                          )
                                                    )
              Defendants.                           )
_____       )

        The parties have submitted a stipulation requesting that the Court continue the hearing on

Defendant Monterey County Housing Authority Development Corp.'s motion to dismiss from

January 24, 2013 to February 28, 2013.  ECF No. 204.  Unfortunately, the Court cannot

accommodate the parties' request.  However, having reviewed the parties' papers submitted in

connection with the motion to dismiss, the Court finds, pursuant to Civil Local Rule 7–1(b), the

motion to dismiss appropriate for determination without oral argument.  Accordingly, the hearing

1

on the motion set for January 24, 2013, at 1:30 p.m. is hereby VACATED.  The case management

conference set for the same day is CONTINUED to April 3, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 14, 2012

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

Case No.: 5: 11-cv-01876-LHK
ORDER RE: STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS