Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
4600 Northgate, Suite 210
Sacramento, CA  95834
Telephone:  (916) 927-5574
Facsimile:  (916) 927-2056
Email:  lbohm@bohmlaw.com

Erika M. Gaspar (SBN: 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA 95834
Telephone:  (916) 749-0278
Facsimile:  (916) 647-0535
Email: erika.gaspar.law@gmail.com

Attorneys for Plaintiff THOMAS M. SEARS

Michael Masuda  (State Bar No. 129313)
**NOLAND, HAMERLY, ETIENNE & HOSS**
A Professional Corporation
333 Salinas Street
Post Office Box 2510
Salinas, California  93902-2510
Telephone:     (831) 424-1414
Facsimile:     (831) 424-1975
Email: mmasuda@nheh.com

Attorneys for Defendants
MONTEREY COUNTY HOUSING
AUTHORITY DEVELOPMENT
CORPORATION and STARLA K. WARREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

- 1 –

SEARS  v. MONTGOMERY COUNTY. et al.
Case No. 5:11-CV-01876 LHK (PSG)
Stipulation And [Proposed] Order For Dismissal
With Prejudice Of Defendant Starla Warren

| | |
|---|---|
| THOMAS M. SEARS,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF MONTEREY et al,<br><br>            Defendant. | Case No. 5:11-CV-01876 LHK (PSG)<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT STARLA WARREN<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Action Filed:  April 19, 2011<br>Trial Date:      February 3, 2014 |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of record and subject to Court approval, to the following:

1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant Housing Authority Development Corporation agree to the dismissal of DEFENDANT STARLA WARREN to this action with prejudice, with all parties to bear their own attorneys' fees and costs.

2. This stipulation has no bearing on the status of Defendants MONTEREY COUNTY HOUSING AUTHORITY DEVELOPMENT CORPORATION, remaining Defendant in this action.

RESPECTFULLY SUBMITTED,

Dated: April 5, 2013        By:      /s/Erika M. Gaspar
                                    LAWRANCE A. BOHM, ESQ.
                                    ERIKA M. GASPAR, ESQ.
                                    Attorneys for Plaintiff
                                    THOMAS M. SEARS

- 2 –

Dated: April 5, 2013         By:   /s/Michael Masuda
                                   Michael Masuda
                                   NOLAND, HAMERLY, ETIENNE & HOSS
                                   Attorneys for Defendants
                                   MONTEREY COUNTY HOUSING
                                   AUTHORITY DEVELOPMENT
                                   CORPORATION and STARLA K. WARREN

**ORDER**

Based on the foregoing stipulation,

    IT IS HEREBY ORDERED that Defendant STARLA WARREN is dismissed from this action with prejudice and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated: April 9, 2013         _____
                             LUCY H. KOH
                             UNITED STATES DISTRICT JUDGE

- 3 –

SEARS v. MONTGOMERY COUNTY. et al.
Case No. 5:11-CV-01876 LHK (PSG)
Stipulation And [Proposed] Order For Dismissal
With Prejudice Of Defendant Starla Warren