<div style="margin-left: left;">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION

11  THOMAS M. SEARS,                              )  Case No.: 5:11-CV-01876-LHK
                                                  )
12              Plaintiff,                        )
                                                  )  ORDER VACATING HEARING;
13                                                )  CONTINUING CASE MANAGEMENT
        v.                                        )  CONFERENCE
14                                                )
    COUNTY OF MONTEREY and HOUSING                )
15  AUTHORITY OF THE COUNTY OF                    )
    MONTEREY, as California Government Entity     )
16  Employers, MONTEREY COUNTY HOUSING            )
    AUTHORITY DEVELOPMENT                         )
17  CORPORATION, as a California Non-Profit       )
    Entity Employer, CSI HR GROUP, LLC, as a      )
18  For Profit Entity, STARLA K. WARREN, as an    )
    Individual and Employee or Agent of Entity    )
19  Defendants, and DOES 1-50,                    )
20                                                )
21              Defendants.                       )

22       Pursuant to Civil Local Rule 7-1(b), the Court finds the Motion to Dismiss appropriate for

23  determination without oral argument.  Accordingly, the hearing scheduled for August 22, 2013, is

24  hereby VACATED.  The Court will issue an order on the Motion to Dismiss shortly.  The case

25  management conference currently scheduled for August 22, 2013, is CONTINUED to December

26  11, 2013, at 2:00 p.m.

27  **IT IS SO ORDERED.**

28

1

Case No.: 5:11-CV-01876-LHK
ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE

Dated: August 20, 2013

_____
LUCY H. KOH
United States District Judge

2
Case No.: 5:11-CV-01876-LHK
ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE