**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS M. SEARS, | Case No.: 5:11-CV-01876-LHK |
| Plaintiff, | ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| COUNTY OF MONTEREY and HOUSING AUTHORITY OF THE COUNTY OF MONTEREY, as California Government Entity Employers, MONTEREY COUNTY HOUSING AUTHORITY DEVELOPMENT CORPORATION, as a California Non-Profit Entity Employer, CSI HR GROUP, LLC, as a For Profit Entity, STARLA K. WARREN, as an Individual and Employee or Agent of Entity Defendants, and DOES 1-50, | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Motion to Dismiss appropriate for determination without oral argument. Accordingly, the hearing scheduled for August 22, 2013, is hereby VACATED. The Court will issue an order on the Motion to Dismiss shortly. The case management conference currently scheduled for August 22, 2013, is CONTINUED to December 11, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 20, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 5:11-CV-01876-LHK
ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE