UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS M. SEARS, ) | Case No.: 5:11-cv-01876-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| ) | MANAGEMENT CONFERENCE |
| v. ) | |
| ) | |
| COUNTY OF MONTEREY and HOUSING ) | |
| AUTHORITY OF THE COUNTY OF ) | |
| MONTEREY, as California Government Entity ) | |
| Employers, MONTEREY COUNTY HOUSING ) | |
| AUTHORITY DEVELOPMENT ) | |
| CORPORATION, as a California Non-Profit ) | |
| Entity Employer, CSI HR GROUP, LLC, as a ) | |
| For Profit Entity, STARLA K. WARREN, as an ) | |
| Individual and Employee or Agent of Entity ) | |
| Defendants, and DOES 1-50, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court continues the Case Management Conference set for December 11, 2013, at 2 p.m. to February 19, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Dated: December 9, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 5: 11-cv-01876-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE