UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS M. SEARS,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY and HOUSING AUTHORITY OF THE COUNTY OF MONTEREY, as California Government Entity Employers, MONTEREY COUNTY HOUSING AUTHORITY DEVELOPMENT CORPORATION, as a California Non-Profit Entity Employer, CSI HR GROUP, LLC, as a For Profit Entity, STARLA K. WARREN, as an Individual and Employee or Agent of Entity Defendants, and DOES 1-50,<br><br>  Defendants. | Case No.: 5:11-cv-01876-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

  The Court continues the Case Management Conference set for December 11, 2013, at 2 p.m. to February 19, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Dated: December 9, 2013

              *Lucy H. Koh*
              LUCY H. KOH
              United States District Judge

1

Case No.: 5: 11-cv-01876-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE