**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS M. SEARS, ) | Case No.: 5:11-CV-01876-LHK |
| ) | |
| Plaintiff, ) | ORDER RE: PLAINTIFF'S *EX PARTE* |
| ) | MOTION FOR RELIEF PURSUANT TO |
| v. ) | FEDERAL RULES OF CIVIL |
| ) | PROCEDURE 6(B)(1)(B) |
| MONTEREY COUNTY HOUSING ) | |
| AUTHORITY DEVELOPMENT ) | |
| CORPORATION, as a California Non-Profit ) | |
| Entity Employer, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff shall file a reply to Defendant's Opposition (ECF No. 293) to Plaintiff's *Ex Parte* Motion for Relief Pursuant to Federal Rules of Civil Procedure 6(b)(1)(B) (ECF No. 288) by March 19, 2014.

The deadline for Defendants' Reply in support of its Motion for Summary Judgment (ECF No. 250) is March 20, 2014.

**IT IS SO ORDERED.**

Dated: March 17, 2014

                                                LUCY H. KOH
                                                United States District Judge

1